**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

MITCHELL ORR,

Plaintiff,

v. CIVIL ACTION NO. 3:26-0085

DAVID L. KELLY,
WVDCR COMMISSIONER,

Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable James P. Mazzone, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court dismiss the complaint (ECF No. 2) without prejudice and remove this case from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.[1]

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DISMISSES** the complaint (ECF No. 2) **without prejudice** and **REMOVES** this case from the docket of the Court, consistent with the findings and recommendations.

[1] The Proposed Findings and Recommendation was returned marked undeliverable and resent to Plaintiff at an updated address on October 5, 2026.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: October 30, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE